**Order entered April 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01197-CR

**LAWRENCE ANTHONY KOSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-41780-S**

## ORDER

The Court **GRANTS** appellant's motion for a complete reporter's record.

We **ORDER** court reporter Debi Harris to file a supplemental reporter's record, within **TEN DAYS** from the date of this order, that includes the following: (1) the January 23, 2014 Examining Trial; (2) State's Exhibits 2, 7, 8, and 9 (CDs); and (3) Court's Exhibit No. 1 the sealed report.

We further **ORDER** court reporter Debi Harris to file copies of the above items with the Dallas County District Clerk within **TEN DAYS** from the date of this order.

We **ORDER** appellant to brief the brief within **FORTY DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE